# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2023 KW 0950

VERSUS

RONALD ST. CYRE                                       **NOVEMBER 20, 2023**

---

In Re:      Ronald St. Cyre, applying for supervisory writs, 22nd
            Judicial District Court, Parish of St. Tammany, No.
            598521.

---

**BEFORE:    GUIDRY, CHUTZ, AND LANIER, JJ.**

**WRIT DENIED.**

                              JMG
                              WRC
                              WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT